**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Estate of Bobby Don Riley, Deceased

Appellate case number:   01-22-00504-CV

Trial court case number:  CC-P202124594

Trial court:                     County Court at Law No 1 of Johnson County

Appellant's brief is due to be filed on October 13, 2022.  Thus, appellees' brief is not due until 30 days after appellant's brief is filed.  *See* TEX. R. APP. P. 38.6(b).  Appellees prematurely submitted their brief on August 30, 2022.

Because their brief is not yet due, the brief is **stricken**.  Appellees shall file their brief, responding to the issues raised in appellant's brief, **within 30 days after appellant's brief is filed**.

It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court


Date: ___September 8, 2022_____